## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

TYRONE LEE FUTRELL, SR.                                                                    **PLAINTIFF**

VS.                           CASE NO.   3:13-CV-00142-JLH

CITY OF BONO POLICE DEPARTMENT                                                **DEFENDANT**

### ORDER

Pursuant to General Order No. 29, the Clerk has been delegated the authority to provisionally approve Applications to Proceed In District Court Without Prepaying Fees or Costs that are filed in Civil Rights cases under 42 U.S.C. § 2000(e) and to promptly file the Complaint. Therefore, the Application is hereby granted.

IT IS SO ORDERED this  31   day of  May            , 20 13 .

AT THE DIRECTION OF THE COURT
JAMES W. MCCORMACK, CLERK

By: /s/ Jake Kornegay
       Deputy Clerk