**Plaintiff** PATRICIA EDINGTON

**Counsel: Marc Baretz**

**Case #:3:13CV202-BRW**

**Defendant** ALEXANDRA EDINGTON SAMMONS

**Counsel:** Wendell Hoskins, Christopher McMillin & Mary Walker

Trial commencing on
July 14, 2014

**Judge** BILLY ROY WILSON

Law Clerk M. Morgan

Clerk M. Beard

Court reporter K. Baker

I certify these jurors were in attendance in Jonesboro on 7/14/2014

Signed _____ D.C.

| Zavier Scott | Alicia Lewis | James Byrd | Martha Jones | Hollie Engle | Gerald Meredith |
|---|---|---|---|---|---|
| Osceola (58 miles) | West Memphis (65 miles) | Jonesboro (4 miles) | Jonesboro (7 miles) | Jonesboro (6 miles) | Jonesboro (8 miles) |
| 1 | 8 | 9 | 10 | 11 | 12 |

| Sabrina Clark | Megan May | Allison Light | Tony Shrable | Kevin Roush | Rick Humphrey |
|---|---|---|---|---|---|
| Blytheville (61 miles) | Bay (13 miles) | Jonesboro (3 miles) | Manila (36 miles) | Bono (8 miles) | Paragould (31 miles) |
| 1 | 2 | 3 | 4 | 5 | 6 |