# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

TYRONE LEE FUTRELL, SR.                                                                                PLAINTIFF

v.                                            No. 3:13CV00142 JLH

BONO POLICE DEPARTMENT                                                                        DEFENDANT

## ORDER

On June 26, 2014, a motion to dismiss the complaint was filed on behalf of the Bono Police Department. On July 15, 2014, the Court entered an Order directing Tyrone Lee Futrell, Sr., to respond on or before July 22, 2014. The Court stated in that Order that if Futrell did not respond, the Court would assume that he did not object to the motion to dismiss. He has not responded. The motion to dismiss is therefore GRANTED. Document #12. This action is hereby dismissed for failure to state a claim.

IT IS SO ORDERED this 29th day of July, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE