IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TYRONE LEE FUTRELL, SR.                                                              PLAINTIFF

v.                                      No. 3:13CV00142 JLH

BONO POLICE DEPARTMENT                                                              DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, this action is hereby dismissed.

IT IS SO ORDERED this 29th day of July, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE