**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

TYRONE LEE FUTRELL, SR.                                                                                PLAINTIFF

v.                                            No. 3:13CV00142 JLH

BONO POLICE DEPARTMENT                                                                           DEFENDANT

**ORDER**

This action was dismissed on July 29, 2014.  No appeal was taken.  The plaintiff, Tyrone Lee Futrell, Sr., has now filed a motion for change of venue on the ground that the judges in this venue are biased against him.

Because this action has already been dismissed, it is too late to change the venue. Furthermore, venue in this district is correct based on the allegations in the complaint.  Finally, this judge is not acquainted with Tyrone Lee Futrell, Sr., and has no prejudice against him.  For these reasons, the motion is DENIED.  Document #18.

IT IS SO ORDERED this 2nd day of October, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE